# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-1452

———————————————

United States of America

*Plaintiff - Appellee*

v.

Deshone Lee Dodson

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

——————————

Submitted: September 30, 2020
Filed: October 5, 2020
[Unpublished]

——————————

Before COLLOTON, BENTON, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Deshone Lee Dodson appeals after he pleaded guilty to a drug offense, and the district court[1] imposed a sentence at the bottom of the advisory sentencing guideline

———————————————

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

range. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review under a deferential abuse-of-discretion standard, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41 (2007), we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Munz</u>, 780 F.3d 1199, 1200-01 (8th Cir. 2015) (per curiam). Finally, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____